Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Courtney K. Lee
Nevada Bar No. 8154
courtney.lee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Ashford Las Vegas LP,
Ashford TRS Las Vegas LLC, & Parking Management
Company, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUAN CARLOS GIL, an individual, and ACCESS 4 ALL, INC., a Florida not for Profit Corporation,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>ASHFORD LAS VEGAS LP, a Limited Partnership, ASHFORD TRS LAS VEGAS LLC, a Limited Liability Company, and PARKING MANAGEMENT COMPANY, LLC, a Limited Liability Company,<br><br>                    Defendants. | Case No.:  2:26-cv-00253-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendants Ashford Las Vegas LP, Ashford TRS Las Vegas LLC and Parking Management Company, LLC ("Defendants") and Plaintiffs Juan Carlos Gil and Access 4 All, Inc. ("Plaintiffs") (collectively the "Parties"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendants to respond to Plaintiffs' Complaint (ECF No. 1). Defendants' response to Plaintiffs' Complaint is currently due April 2, 2026 by stipulation of the parties. The parties stipulate to an additional six-

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

week extension of time up to and including **Wednesday, May 13, 2026**, for Defendants to respond to the Complaint.  This is the parties' second request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 1st day of April, 2026.     DATED this 1st day of April, 2026.

THE MINEO SALCEDO LAW FIRM, P.A.     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Garrett Scott Elsinger*

Garrett Scott Elsinger, *Esq. (Pro Hac Vice)*
Jolui A. Salcedo, Esq. *(Pro Hac Vice)*
The Mineo Salcedo Law Firm, P.A.
5600 Davie Road
Davie, FL 33314

Lee Iglody, Esq.
Iglody Law
Nevada Bar No. 7757
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074

*Attorneys for Plaintiffs*

/s/ *Courtney K. Lee*

Anthony L. Martin, Esq.
Nevada Bar No. 8177
Courtney K. Lee, Esq.
Nevada Bar No. 8154
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

*Attorneys for Defendants Ashford Las Vegas LP, Ashford TRS Las Vegas LLC, & Parking Management Company, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

___April 2, 2026___
DATED